THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR B. TYSON, Appellant.— Judgment of the Court of Special Sessions, convicting defendant of

the crime of bookmaking, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.